**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF OKLAHOMA
Filed/Docketed
Jan 20, 2017

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **4LICENSING CORPORATION, a** | ) | |
| **Delaware corporation,** | ) | **Case No. 16-11714-M** |
| | ) | **(Chapter 11)** |
| **Debtor.** | ) | |

**ORDER CONFIRMING DEBTOR'S COMBINED CHAPTER 11**
**PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

On January 19, 2017, a confirmation hearing was held on the "Combined Chapter 11 Plan of Reorganization and Disclosure Statement for 4Licensing Corporation" [Docket No. 24] filed on November 4, 2016 by 4Licensing Corporation ("Debtor"). Capitalized terms used herein but not defined shall have the meaning set forth in the Plan. Upon review of the Plan and after considering the evidence and arguments of counsel, the Court finds as follows:

1. The Plan and notice of the confirmation hearing have been transmitted to creditors as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. Notice of the confirmation hearing and notice of treatment of equity interests has been transmitted to holders of equity interests as evidenced by Docket No. 55 filed herein. No additional notices or disclosures are required and the Court finds that notice of the confirmation hearing is just and proper.

2. The disclosures set forth in the Plan were conditionally approved pursuant to the Court's "Order Conditionally Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections to Combined Plan of Reorganization and Disclosure Statement and Notice Thereof" [Docket No. 30] entered on November 8, 2016. No objections to the disclosures

were presented and such disclosures are approved on a final basis as providing adequate information to creditors and other parties in interest.

3. The requirements for confirmation of a Chapter 11 plan of reorganization set forth in 11 U.S.C. §1129 have been satisfied by the Plan and Debtor.

4. This matter is a core proceeding.

5. The Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under the Plan.

6. Debtor has established each of the requirements of Section 1129 of the Bankruptcy Code necessary for confirmation of a Chapter 11 plan of reorganization.

7. At the confirmation hearing, the Debtor sought to amend the Plan in the following respects:

(a) Section 6.03 to be amended to read as follows: "Debtor may waive any condition set forth in this Article 6 or any provision of the Plan at any time, without notice, without leave of the Court, and without any formal action other than approval of the Debtor."

(b) The first sentence of Section 8.01 to be amended to read as follows: "To the extent permitted by applicable law, all executory contracts and unexpired leases of Debtor shall be assumed or rejected in accordance with the provisions of Sections 365 and 1123 of the Bankruptcy Code."

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

A. Any objections to the Plan are withdrawn or overruled by the Court.

B. The Plan is confirmed in all respects. A copy of the Plan is attached hereto and the Plan is deemed amended as set forth in paragraph 7 above.

C. The provisions of the Plan bind Debtor, any entity acquiring property under the Plan, and any creditor or equity security holder in Debtor, whether or not the claim or interest of such creditor or equity security holder is impaired under the Plan and whether or not such creditor or equity security holder has accepted the Plan.

D. Except as otherwise provided in the Plan or this Order, after confirmation of the Plan, the property dealt with by the Plan is free and clear of all claims and interests of holders of Claims and Interests.

E. Debtor is hereby authorized to execute any and all papers and take any other steps or actions necessary to carry out and satisfy its obligations under the Plan.

F. The Court incorporates by reference herein the findings of fact and conclusions of law dictated into the record at the hearing held on January 19, 2017.

DATED this 20th day of January, 2017.

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Order Submitted by:

Neal Tomlins, OBA No. 10499
TOMLINS & PETERS, PLLC
Southern Hills Tower Suite 305
2431 East 61st Street
Tulsa, Oklahoma 74136
Phone: (918) 949-4411
Email: Neal@tplawtulsa.com

Counsel to 4Licensing Corporation,
debtor and debtor in possession