**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: )<br>)<br>4LICENSING CORPORATION, a )<br>    Delaware corporation, )<br>)<br>)<br>                           Debtor. )<br>) | Case No.: 16-11714-M<br>(Chapter 11)<br>(Judge Michael) |

**NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF THE COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT OF DEBTOR**

PLEASE TAKE NOTICE that:

1. On January 20, 2017, the United States Bankruptcy Court for the Northern District of Oklahoma (the "Bankruptcy Court") entered an order confirming the "Combined Plan of Reorganization and Disclosure Statement for 4Licensing Corporation" [Docket No. 24] (the "Plan"). Copies of the Plan and the Confirmation Order [Docket No. 60] are available at the Bankruptcy Court's website at www.oknb.uscourts.gov (Pacer Account required) or at the Clerk's office of the Bankruptcy Court during regular business hours located at 224 S. Boulder Avenue, Tulsa, Oklahoma 74103. In addition, copies of the Confirmation Order and Plan may be obtained upon written request made by email to counsel for Debtor at the address below.

2. On February 3, 2017, the Plan became effective in accordance with its terms (the "Effective Date"). Each of the conditions precedent to the consummation of the Plan have been satisfied or waived in accordance with the Plan. The Amended and Restated Certificate of Incorporation for Debtor was filed with the Delaware Secretary of State on February 2, 2017.

3. The Plan requires that all professionals asserting administrative claims for professional fees and expenses must file such claims within 45 days following the entry of the Confirmation Order.  This deadline expires on March 6, 2017.

4. All claimants seeking unsecured rejection damage claims arising from the Debtor's rejection of executory contracts and leases must file such claims within the time set by any final order rejecting an executory contract or unexpired lease or within 30 days after the Effective Date.  This deadline expires on March 6, 2017.

5. All common stock and any preferred stock issued by Debtor and outstanding prior to the Effective Date including any redemption rights, warrants, options, liquidation preferences and dividend claims (defined as "Old Equity" in the Plan) was cancelled as of the Effective Date pursuant to the Plan and the Confirmation Order.

Respectfully submitted,

/s/ Neal Tomlins
Neal Tomlins, OBA No. 10499
TOMLINS & PETERS, PLLC
Southern Hills Tower Suite 305
2431 East 61st Street
Tulsa, Oklahoma 74136
Phone: (918) 949-4411
Email: Neal@tplawtulsa.com

Counsel to 4Licensing Corporation